## McKINNEY *v.* CRAWFORD.

[No. 11,520. Filed January 12, 1923. Rehearing denied March 7, 1923.]

From Johnson Circuit Court; *Fremont Miller*, Judge.

Action between Elizabeth McKinney and Ralph E. Crawford. From the judgment rendered, the former appeals. *Affirmed.*

*Charles Mendenhall*, for appellant.
*Elba L. Branigin*, for appellee.

PER CURIAM.—Judgment affirmed.

---

## WEIL ET AL. *v.* AMERICAN INSURANCE COMPANY.

[No. 11,503. Filed March 27, 1923.]

From Allen Superior Court; *Carl Yaple*, Judge.

Action by Abraham Weil and others against the American Insurance Company. From a judgment for defendant, the plaintiffs appeal. *Affirmed.*

*J. L. Kohl* and *Hoffman & Hoffman*, for appellants.
*J. W. Mooney, R. M. Edmonds* and *Leonard, Rose & Zollars*, for appellee.

McMAHAN, J.—Complaint by appellants on a contract of fire insurance covering the same stock of wool as was covered by the policy involved in *Weil* v. *Connecticut Fire Ins. Co.* (1923), *ante* 421, 138 N. E. 696.

Appellants' demurrer to the second, third, fourth, fifth, sixth and seventh paragraphs of answer was overruled and appellants refusing to plead further judgment was rendered against them. The fifth paragraph of answer in the instant case is the same as the seventh paragraph of answer in *Weil* v. *Connecticut Fire Ins. Co., supra*, which was held good, and on the authority of that case we hold there was no error in overruling the demurrer to the fifth paragraph of answer in the instant.

Judgment affirmed.